No. 99–5141. DONOHUE v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 99–5142. HAMILTON v. LEHMAN, SECRETARY, WASHINGTON DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 99–5143. GARZA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–5144. FITZPATRICK v. PERRIN ET AL. C. A. 11th Cir. Certiorari denied.

No. 99–5145. GILCHRIST v. GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 99–5146. DARBY v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 99–5148. FLETCHER v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 99–5149. HUGGINS v. SAUARIS ET AL. C. A. 10th Cir. Certiorari denied.

No. 99–5150. DURHAM v. STUBBLEFIELD, SUPERINTENDENT, MISSOURI EASTERN CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 99–5151. HALL v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 99–5152. HERNANDEZ v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 99–5154. NASH v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 99–5155. MORRIS v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 99–5156. LILLIOCK v. UNITED STATES. C. A. 3d Cir. Certiorari denied.